# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONICA LOSOTA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 18-696 |
| CHILD GUIDANCE RESOURCE CENTERS, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 27th day of July, 2018, upon consideration of Defendant Child Guidance Resource Centers, Inc.'s ("CGRC") "Motion to Dismiss Counts III and IV of First Amended Complaint and Motion to Strike Punitive Damages Claim in Count II of Plaintiff's First Amended Complaint" (Doc. No. 7), Plaintiff Monica Losota's Brief in Support of her Opposition to Defendant's Motion to Dismiss, and CGRC's Reply Brief in Support of its Motion to Dismiss, it is hereby **ORDERED** that CGRC's Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART**. It is **FURTHER ORDERED** that:

1. CGRC's Motion is **GRANTED** to the extent it seeks dismissal of Count III of Plaintiff's First Amended Complaint and to strike the punitive damages claim in Count II of Plaintiff's First Amended Complaint. Accordingly, Count III of Plaintiff's First Amended Complaint is **DISMISSED WITH PREJUDICE** and the punitive damages claim in Count II of Plaintiff's First Amended Complaint is **STRICKEN**; and

2. CGRC's Motion is **DENIED** to the extent it seeks dismissal of Count IV of Plaintiff's First Amended Complaint.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE