IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONICA LOSOTA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHILD GUIDANCE RESOURCE CENTERS, INC. | : | NO.18-696 |

**O R D E R**

**AND NOW,** this 22nd day of January, 2019, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

                                                Kate Barkman
                                                Clerk of Court

                                        By:    /s/ Mark A. Rafferty
                                                    Mark A. Rafferty
                                                    *Deputy Clerk*